## UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF OHIO
## WESTERN DIVISION (DAYTON)

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | : | Case No. 3:24-cr-00094-6 |
| | : | |
| Plaintiff, | : | District Judge Walter H. Rice |
| | : | Magistrate Judge Caroline H. Gentry |
| vs. | : | |
| | : | |
| ANDREW J. PLACKE, JR., | : | |
| | : | |
| Defendant. | : | |

# ORDER

Based upon the agreement of counsel, the Court hereby **ORDERS** that the United States Marshal immediately transport Defendant to state custody and release him to the Ohio Parole Authority.

**IT IS SO ORDERED.**

January 7, 2025 _____          *s/Caroline H. Gentry* _____
                                 Caroline H. Gentry
                                 United States Magistrate Judge